# Court of Appeals
# of the State of Georgia

ATLANTA,___June 05, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A1622. JEREMY SHEA REYES v. THE STATE.**

In 2011, Jeremy Shea Reyes pled guilty to two counts of obstruction of an officer and one count of possession of methamphetamine. He was sentenced to nine months each on the obstruction charges and 10 years on the possession charge, all to be served concurrently while on probation. In February 2014, the trial court revoked two years of his probation based on a finding that Reyes had committed a new violent misdemeanor offense and a technical violation of his probation conditions. Reyes filed this direct appeal. We, however, lack jurisdiction.

Because the underlying subject matter of this appeal is the revocation of Reyes's probation, he was required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (5); *White v. State*, 233 Ga. App. 873 (505 SE2d 228) (1998). Accordingly, we lack jurisdiction over this direct appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/05/2014_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*